UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21785-CIV-ALTONAGA/Brown
CASE NO. 08-21858-CIV-ALTONAGA/Brown
CASE NO. 08-80922-CIV-ALTONAGA/Brown

**FRIENDS OF THE EVERGLADES**,

    Plaintiff,

vs.

**UNITED STATES OF AMERICA**, *et al.*,

    Defendants.
_____/
**MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA**,

    Plaintiff,

vs.

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY**, *et al.*,

    Defendants.
_____/
**RIVERS COALITION DEFENSE FUND,
INC.**, *et al.*,

    Plaintiffs,

vs.

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY**, *et al.*,

    Defendants.
_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record, and following a status conference held on this date. On August 5, 2008, the undersigned accepted transfer of Case

Case No. 08-21785-CIV-ALTONAGA/Brown

08-21858-Civ from the Honorable Alan S. Gold.  On August 27, 2008, the undersigned accepted transfer of Case 08-21785-Civ from the Honorable Marcia G. Cooke.  On August 29, 2008, the undersigned accepted transfer of Case 08-80922-Civ from the Honorable Kenneth A. Marra.  Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of labor and effort.  The Court having reviewed the record, and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the above-styled cases are consolidated for pre-trial purposes as follows:

1. The Clerk of the Court is instructed to **CLOSE Case No. 08-21858-CIV-ALTONAGA/Brown** and **Case No. 08-80922-CIV-ALTONAGA/Brown** for administrative purposes only.  The Clerk is further instructed to mark as **TERMED** any motions pending in those cases.

2. All future filings in this case shall be made under **Case No. 08-21785-CIV-ALTONAGA/Brown** only.

3. The Scheduling Order **[D.E. 18]** in **Case No. 08-21858-CIV-ALTONAGA/Brown** will apply to this consolidated case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge Stephen T. Brown
(2) Counsel of record